UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
ERIC SIMS,                       )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )   NO. 3:10-1194
                                 )   Judge Haynes/Bryant
UNITED STATES OF AMERICA,        )
                                 )
     Defendant.                  )
```

## O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Tuesday, March 8, 2011, at 10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to March 8, 2011.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge