```
               UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION

ERIC SIMS,                      )
                                )
      Plaintiff,                )
                                )
         v.                     )     NO.  3:10-1194
                                )     Judge Haynes/Bryant
UNITED STATES OF AMERICA,       )
                                )
      Defendant.                )
```

**O R D E R**

The undersigned Magistrate Judge conducted a telephone case management conference in this case on January 11, 2012. Mr. Sims participated pro se and Mr. Kennedy participated on behalf of the United States.

Upon questioning from the Court regarding the current status of this case, Mr. Sims stated that he would like to pursue this case but at this time has not obtained new counsel. The Court strongly encouraged Mr. Sims to obtain counsel if at all possible. Mr. Sims requested additional time within which to attempt to secure new counsel, and the Court agreed to extend an additional 30 days within which Mr. Sims could seek to employ new counsel to represent him.

Plaintiff shall have a further extension of time to and including **Monday, February 13, 2012,** within which to hire new counsel. If no new counsel enters an appearance by that date, Mr. Sims will be deemed to be representing himself pro se in this case.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge