UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERIC SIMS,                         )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )      NO.  3:10-1194
                                   )      Judge Haynes/Bryant
UNITED STATES OF AMERICA,          )
                                   )
        Defendant.                 )

**O R D E R**

It appears from the record that this case is not ready to be tried.  The undersigned Magistrate Judge has conferred with the District Judge, and the District Judge has authorized and directed the undersigned Magistrate Judge to order that the trial currently set for February 7, 2012, is **CONTINUED.**

Plaintiff Sims has been granted an extension of time to and including Monday, February 13, 2012, within which to hire new counsel or, in the alternative, to be deemed to be representing himself in this case.  As soon as new counsel appears for the plaintiff or the February 13 deadline runs, whichever occurs earlier, the undersigned Magistrate Judge will enter a revised case management order establishing new deadlines governing the progression of this case toward trial.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge