# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIC SIMS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 3:10-cv-1194 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

# O R D E R

Upon review of the file, the plaintiff is no longer represented by counsel. Plaintiff is informed that his failure to appear or the February 15th Final Pretrial Conference may result in a dismissal of this action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO **ORDERED**.

**ENTERED** this the _____ day of February, 2013.

WILLIAM J. HAYNES, JR.
U. S. DISTRICT JUDGE